SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (Nevada Office)
Tele: (470) 832-6017
sean.kirby@troutman.com

TROUTMAN PEPPER LOCKE LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 (Corporate Office)

*Attorneys for Defendant Nationstar Mortgage LLC dba Rushmore Servicing and U.S. Bank N.A. As Legal Title Trustee RMTP Pass-through Trust, Series 2021 Cottage-GOV-VAS (REO)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA D. HUYGHE and GARY HUYGHE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a RUSHMORE SERVICING and U.S. BANK NA as Legal Title Trustee for RMTP Pass-Through Trust, Series 2021 Cottage-GOV-VAS (REO),<br><br>Defendants. | Case No. 2:24-cv-02276-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs TONYA D. HUYGHE and GARY HUYGHE ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC dba MR. COOPER erroneously sued as Nationstar Mortgage LLC dba Rushmore Servicing ("Nationstar") and U.S. Bank N.A. as Legal Title Trustee for RMTP Pass-Through Trust, Series 2021 Cottage-GOV-VAS (REO) ("U.S. Bank") (Nationstar and U.S. Bank are referred to collectively hereafter as "Defendants") hereby submit this Stipulation to extend the deadline for Defendants to answer or otherwise respond to the Complaint to January 31, 2025.

    1. Plaintiffs' Complaint was filed on December 9, 2024.

    2. Defendants were served on or about December 10, 2024.

3. The deadline for Defendants to answer the Complaint was December 31, 2024.

4. Defendants moved for additional time to answer the Complaint on December 31, 2024, and the Court granted said motion, extending the deadline to January 9, 2025.

5. Defendants are conducting an investigation regarding Plaintiffs' allegations in order to respond and to engage in good faith settlement discussions with Plaintiff.

6. Defendants have agreed to extend the deadline to respond to the Complaint until January 31, 2025.

| DATED this 8th day of January 2025 | DATED this 8th day of January 2025 |
|---|---|
| **FREEDOM LAW FIRM, LLC** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ George Haines* <br> George Haines, Esq. <br> Gerardo Avalos, Esq. <br> 8985 S. Eastern Ave., Suite 100 <br> Las Vegas, Nevada 89123 <br><br> *Counsel for Plaintiffs Tonya and Gary Huyghe* | */s/ Sean B. Kirby* <br> Sean B. Kirby, Esq. <br> Nevada Bar No. 14224 <br> 8985 S. Eastern Ave., Ste. 200, <br> Las Vegas, NV 89123 (*Nevada Office*) <br><br> 600 Peachtree St. NE # 3000 <br> Atlanta, GA 30308 (*Corporate Office*) <br><br> *Attorneys for Defendant Nationstar Mortgage LLC dba Rushmore Servicing and U.S. Bank N.A. As Legal Title Trustee RMTP Pass-through Trust, Series 2021 Cottage-GOV-VAS (REO)* |

**ORDER**

IT IS HEREBY ORDERED that Defendants shall have until January 31, 2025, to answer or otherwise respond to the Complaint.

DATED: 1/10/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Sean B. Kirby*
Sean B. Kirby, Esq.
Nevada Bar No. 14224
8985 S. Eastern Ave., Ste. 200,
Las Vegas, NV 89123 (*Nevada Office*)

*Attorneys for Defendant Nationstar Mortgage LLC dba Rushmore Servicing and U.S. Bank N.A. As Legal Title Trustee RMTP Pass-through Trust, Series 2021 Cottage-GOV-VAS (REO)*