| | |
|---|---|
| 1 | Holly E. Cheong, ESQ. |
| | Nevada Bar No. 11936 |
| 2 | TROUTMAN PEPPER LOCKE LLP |
| | Two California Plaza, 350 South Grand Avenue |
| 3 | Suite 3400, Los Angeles, CA 90071 |
| | Tele: (213) 928-9850 |
| 4 | Fax: (213) 928-9850 |
| | holly.cheong@troutman.com |
| 5 | |
| 6 | *Attorneys for Defendants Nationstar Mortgage* |
| | *LLC dba Rushmore Servicing and U.S. Bank N.A.* |
| 7 | *As Legal Title Trustee RMTP Pass-Through Trust,* |
| | *Series 2021 Cottage-GOV-VAS (REO)* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA D. HUYGHE and GARY HUYGHE, | Case No. 2:24-cv-02276-JAD-DJA |
| Plaintiffs, | |
| vs. | **MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST** |
| NATIONSTAR MORTGAGE LLC d/b/a RUSHMORE SERVICING and U.S. BANK NA as Legal Title Trustee for RMTP Pass-Through Trust, Series 2021 Cottage-GOV-VAS (REO), | |
| Defendants. | |

308841355v1

1
2
3
4

NOTICE IS HEREBY GIVEN to the Court and parties that Sean B. Kirby is no longer employed by Troutman Pepper Locke LLP and no longer associated with this matter, and should be removed from the list of counsel of record in this case.

5
6

DATED this 26th day of February, 2025.

TROUTMAN PEPPER LOCKE LLP

7
8
9
10
11

*/s/ Holly E. Cheong*
Holly E. Cheong,
Nevada Bar No. 11936
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tele: (213) 928-9850
Fax: (213) 928-9850
holly.cheong@troutman.com

12
13
14
15

*Attorneys for Defendants Nationstar Mortgage LLC dba Rushmore Servicing and U.S. Bank N.A. As Legal Title Trustee RMTP Pass-through Trust, Series 2021 Cottage-GOV-VAS (REO)*

**IT IS SO ORDERED.**

DATED: 2/27/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

308841355v1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February 2025, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST** in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the parties listed below at their last-known mailing addresses, on the date above written.

> Michael A. Smith, Jr.
> Dann Law
> 15000 Madison Avenue
> Cleveland, Ohio 44107
> *Attorney for Plaintiffs*

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below: N/A

☐ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below: N/A

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Jennifer S. Allen*
An employee of TROUTMAN PEPPER LOCKE

308841355v1