HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (213) 928-9800
Fax: (213) 928-9850
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071 *(Los Angeles Office)*

*Attorneys for Defendant Nationstar Mortgage LLC dba Rushmore Servicing and U.S. Bank N.A. As Legal Title Trustee RMTP Pass-through Trust, Series 2021 Cottage-GOV-VAS (REO)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA D. HUYGHE and GARY HUYGHE, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONSTAR MORTGAGE LLC d/b/a RUSHMORE SERVICING and U.S. BANK NA as Legal Title Trustee for RMTP Pass-Through Trust, Series 2021 Cottage-GOV-VAS (REO), <br><br> Defendants. | Case No. 2:24-cv-02276-JAD-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

Plaintiffs TONYA D. HUYGHE and GARY HUYGHE ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC dba MR. COOPER erroneously sued as Nationstar Mortgage LLC dba Rushmore Servicing ("Nationstar") and U.S. Bank N.A. as Legal Title Trustee for RMTP Pass-Through Trust, Series 2021 Cottage-GOV-VAS (REO) ("U.S. Bank") (Nationstar and U.S. Bank are referred to collectively hereafter as "Defendants") hereby submit this Stipulation to extend the deadline

1

for Defendants to file their Reply in Support of Motion for Summary Judgment ("Reply") by two weeks or until October 17, 2025. This is the parties first request for an extension to the Reply deadline.

1. Defendants' Motion for Summary Judgment was filed on August 29, 2025. Doc. Nos. 24, 26.
2. Plaintiffs filed their Opposition on September 19, 2025. Doc. No. 27.
3. The deadline for Defendants to file a Reply in Support of Motion for Summary Judgment is October 3, 2025.
4. Defendants are investigating Plaintiffs' allegations in the Opposition to Motion for Summary Judgment in order to respond and to engage in good faith settlement discussions with Plaintiffs.
5. Trial has not yet been scheduled in this case.
6. Plaintiffs have agreed to extend the deadline to file the Reply in Support of Motion for Summary Judgment until October 17, 2025.
7. The extension, if granted, will promote settlement discussions, therefore, there is good cause for granting the extension.

| DATED this 29th day of September 2025 | DATED this 29th day of September 2025 |
|---|---|
| **DANN LAW & FREEDOM LAW FIRM, LLC** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Michael A. Smith, Jr.* <br> Michael A. Smith, Jr. *admitted pro hac vice* <br> George Haines, Esq. <br> Nevada Bar No. 9411 <br> Gerardo Avalos, Esq. <br> Nevada Bar No. 15171 <br> 8985 S. Eastern Ave., Suite 100 <br> Las Vegas, Nevada 89123 <br><br> *Counsel for Plaintiffs Tonya and Gary Huyghe* | */s/ Holly E. Cheong* <br> Holly E. Cheong, Esq. <br> Nevada Bar No. 11936 <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV 89123 (*Nevada Office*) <br><br> *Attorneys for Defendant Nationstar Mortgage LLC dba Rushmore Servicing and U.S. Bank N.A. As Legal Title Trustee RMTP Pass-through Trust, Series 2021 Cottage-GOV-VAS (REO)* |

**ORDER**

IT IS HEREBY ORDERED that Defendants shall have until October 17, 2025, to file their Reply in Support of Motion for Summary Judgment.

_____
UNITED STATES DISTRICT COURT
Dated: 9/30/2025

Respectfully submitted by:

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 (*Nevada Office*)

*Attorneys for Defendant Nationstar Mortgage LLC dba Rushmore Servicing and U.S. Bank N.A. As Legal Title Trustee RMTP Pass-through Trust, Series 2021 Cottage-GOV-VAS (REO)*